# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

    **v.**                                                  **Case No. 10-0060CV-W-FJG**

**REAL WEALTH, INC., a corporation, also
d/b/a American Financial Publications,
Emerald Press, Financial Research, National
Mail Order Press, Pacific Press, United
Financial Publications, Wealth Research
Marketing Group, and Wealth Research
Publications, and**

**LANCE MURKIN, individually and as an
officer of REAL WEALTH, INC.,**

    **Defendants.**

## ORDER APPROVING LIQUIDATOR'S FEES AND
## EXPENSES AND TERMINATING LIQUIDATORSHIP

Currently pending before the Court is the Motion for Approval of Liquidator's Fees and

Expenses and Termination of Liquidatorship (Doc. No. 162) filed by Plaintiff Federal Trade

Commission ("FTC" or "Commission").  The Court finds that the relief requested is just and

reasonable, and the motion is hereby **GRANTED**.

It is therefore **ORDERED** that the accounting attached as Exhibit E to the Liquidator's

Report and Application for Fees (Doc. No. 161-1) is **APPROVED**.

**IT IS FURTHER ORDERED THAT** the Liquidator is authorized to pay $8,940.00 in

Liquidator fees for Maintenance-Related Duties and $250.86 in Liquidator travel expenses for

Maintenance-Related Duties.

**IT IS FURTHER ORDERED THAT** the Liquidator's Bond posted in this case is

hereby released, and the Liquidatorship is terminated.

**IT IS SO ORDERED.**

Date:  <u>October 2, 2012</u>                          **S/ FERNANDO J. GAITAN**, **JR.**
Kansas City, Missouri                          Fernando J. Gaitan, Jr.
                                               Chief United States District Judge